# EXHIBIT A

## Invoice Itemization for Amounts Owed by Defendant

**Akorn Operating Company LLC**
**Bankruptcy Case #: 23-10255-KBO**
**AMP dba Siegfried Irvine**

| Customer No. | Doc. Number | Inv. Date | Due Date | Original Amount | Open Amount |
|---|---|---|---|---|---|
| 308406 | 4207513 | 11/17/2022 | 12/17/2022 | $ 53,564.14 | $ 49,711.50 |
| 308406 | 4265483 | 2/7/2023 | 2/7/2023 | $ (9,952.50) | $ (9,952.50) |
| | | | Totals: | $ 43,611.64 | $ 39,759.00 |